UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PAUL DEVITO,**

    **Plaintiff,**

**v.**                                           Case No.  8:10-cv-1429-T-30MAP

**PUBLIX SUPER MARKETS, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Attorney's Fees Demand (Dkt. 17).  Plaintiff does not oppose the motion.  Upon consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Judgment on the Pleadings as to Plaintiff's Attorney's Fees Demand (Dkt. 17) is **GRANTED**.

2. Plaintiff's claim for attorney's fees is hereby **STRICKEN**.

**DONE** and **ORDERED** in Tampa, Florida on October 15, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1429.MJP 17.frm