UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL DEVITO,

    Plaintiff,

v.                              Case No.  8:10-cv-1429-T-30MAP

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #27).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each side to bear his/its own costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1429.dismiss 27.wpd